Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Nils Timm*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| NILS TIMM, <br><br> Plaintiff, <br><br> v. <br><br> NICE NORTH AMERICA LLC, <br><br> Defendant. | CASE NO.: '25CV2759 BJC KSC <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT** <br><br> **(INJUNCTIVE RELIEF DEMANDED)** |

Plaintiff NILS TIMM by and through his undersigned counsel, brings this Complaint against Defendant NICE NORTH AMERICA LLC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff NILS TIMM ("Timm") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Timm's original copyrighted Work of authorship.

2. Nils Timm is a Photographer, Filmmaker and Visual Artist based in LA. Born in the US and raised in Germany, he returned to LA as a commercial director & photographer where he graduated with a Master of Fine Arts from AFI. While still at AFI, he was commissioned by the Wattis Museum in San Francisco to direct a documentary about young architects in Los Angeles. This project introduced him to the local design community and he began shooting for the protagonists of his film. Nils has since produced photos and short films for numerous architects, interior designers and real estate developers. His work is published a.o. in Architectural Digest, Vogue, Dezeen, Elle Decor, EST, People, etc. His clients include CO Architects, Olson Kundig, Northworks, Christina Cole, Minotti, Ome Dezin, Osklo, Fendi Casa, Hudgins Design, SPF:a, Chu+Gooding, Perkins Eastman, Meredith Baer Home, etc.

3. Defendant NICE NORTH AMERICA LLC ("Nice") is the American and Canadian-managed division of Nice S.p.A, an Italian multinational company that designs, manufactures, and markets smart home security and automation products in over 100 countries throughout the world. At all times relevant herein, Nice owned and operated the website located at the internet URL www.niceforyou.com (the "Website").

4. Timm alleges that Nice copied Timm's copyrighted Work from the internet in order to advertise, market and promote its business activities. Nice committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Nice's business.

**JURISDICTION AND VENUE**

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Nice engaged in infringement in this district, Nice resides in this district, and Nice is subject to personal jurisdiction in this district.

## DEFENDANT

9. Nice North America LLC is a California Limited Liability Company, with its principal place of business at 5919 Sea Otter Place, Suite 100, Carlsbad, California, 92010, and can be served by serving its Registered Agent, CSC - Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Sacramento, California.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2023, Timm created the photograph entitled "1859_Bel_Air_LoRes_03," which is shown below and referred to herein as the "Work".



COMPLAINT FOR COPYRIGHT INFRINGEMENT                                    CASE NO.:

11. Timm registered the Work with the Register of Copyrights on May 12, 2023 as part of a group registration. The Group Registration was assigned registration number VA 2-350-662. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. At all relevant times Timm was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY NICE

13. Nice has never been licensed to use the Work for any purpose.

14. On a date after the Work was created, but prior to the filing of this action, Nice copied the Work.

15. On or about October 21, 2024, Timm discovered the unauthorized use of his Work on the Website.

16. Nice copied Timm's copyrighted Work without Timm's permission.

17. After Nice copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its home security sales business.

18. Nice copied and distributed Timm's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. Nice committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20. Timm never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

21. Timm notified Nice of the allegations set forth herein on April 1, 2025 and April 17, 2025. To date, the Parties have failed to resolve this matter.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

22. Timm incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Timm owns a valid copyright in the Work.

24. Timm registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. Nice copied, displayed, and distributed the Work and made derivatives of the Work without Timm's authorization in violation of 17 U.S.C. § 501.

26. Nice performed the acts alleged in the course and scope of its business activities.

27. Defendant's acts were willful.

28. Timm has been damaged.

29. The harm caused to Timm has been irreparable.

30. Timm has been damaged.

31. The harm caused to Timm has been irreparable.

WHEREFORE, the Plaintiff NILS TIMM prays for judgment against the Defendant NICE NORTH AMERICA LLC that:

    a. Nice and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. Nice be required to pay Timm his actual damages and Defendant's profits attributable to the infringement, or, at Timm's election, statutory damages, as provided in 17 U.S.C. § 504;

    c. Nice be required to pay Timm his damages including lost sales and Defendant's profits as provided in 15 U.S.C. § 1125;

    d. Timm be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    e. Timm be awarded pre- and post-judgment interest; and

    f. Timm be awarded such other and further relief as the Court deems just and proper.

SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

## JURY DEMAND

Timm hereby demands a trial by jury of all issues so triable.

DATED: October 16, 2025  Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff Nils Timm*